REGINA ROSTEK, an Infant, by ALEXANDER ROSTEK, Her Guardian ad Litem,

Respondent, v. Angelo Mastrianni and Another, Appellants.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.